IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN D. BLECHER, et al., *Plaintiffs,* v. CHOICE HOTELS INTERNATIONAL, INC., et al., *Defendants.* | CIVIL ACTION NO. 25-4850 |

## ORDER

**AND NOW**, this 11th day of December, 2025, upon consideration of Choice Hotels' Motion to Set Aside Default (Dkt. No. 17), Jonathan Blecher's Motion for Default Judgment (Dkt. No. 14) and the parties' Responses (Dkt. Nos. 19, 20 & 23), it is **ORDERED**:

1. Choice Hotels' motion to set aside the default is **GRANTED**;

2. The Clerk of Court shall set aside the default entered on October 29, 2025 against Choice Hotels;

3. Jonathan Blecher's motion for default judgment against Choice Hotels is **DENIED** as moot; and

4. Choice Hotels shall **RESPOND** to Jonathan Blecher's amended complaint **on or before Wednesday, December 31, 2025**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.