**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTIRCT OF PENNSYLVANIA**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-X

JONATHAN D. BLECHER and ALAN P. BLECHER,

|  |  |
|---|---|
| Plaintiffs, | CIVIL ACTION NO.: |
| | 2:25-cv-04850-GJP |

       vs.

CHOICE HOTELS INTERNATIONAL, INC., and
POSH HOTEL OPERATIONS I LLC,

                      Defendants.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-X

## RULE 26 INITIAL DISCLOSURES OF DEFENDANTS CHOICE HOTELS INTERNATIONAL INC. AND POSH HOTEL OPERATIONS I LLC

Defendants, Choice Hotels International, Inc. and Posh Hotel Operations I LLC, through their undersigned counsel, hereby supply their Rule 26 Initial Disclosures as follows:

### I.    <u>Witnesses</u>

To the best of the knowledge of Defendants, it identifies the following individuals as those likely having discoverable information which may be utilized in the defense of this case.

    a.  Jose Delgado Alvarado – General Manager at Hotel at the time.

    b.  Thomas Wilson, Current General Manager of Hotel.

    c.  Plaintiffs, Alan Blecher and Jonathan Blecher.

    d.  Stuart Kreindler – Choice Hotel.

### II.    <u>Documents</u>

    1.    Plaintiffs' Motion to Disqualify against both Defendants.

    2.    Motion by Choice Hotels International Inc. to Set Aside Default;

    3.    Quality Insurance Reviews 2023 though 2025.

4.      WoodSpring Suites Rules & Regulations.

5.      Claim Handler's Notes

6.      Certificate of Insurance Issued to Posh Hotel Operations.

7.      Franchise Agreement.

### III.    <u>Damages Claimed</u>

To be supplied by plaintiffs.

### IV.    <u>Insurance Information</u>

Certificate of Insurance has been produced.

Date: <u>February 11, 2026</u>

**BBC LAW, LLP**

_____
Marc B. Zingarini, Esquire
Attorney ID No. 38417
BBC Law, LLP
Incoming Counsel
2005 Market Street, Suite 1940
Philadelphia, PA 19103
M: 215-858-5998
mzingarini@bbclawfirm.com
Attorneys for Defendants Choice Hotels
International, Inc. and Posh Hotel Operations I
LLC

**<u>CERTIFICATE OF SERVICE</u>**

Marc B. Zingarini, Esquire, counsel for Defendants, Choice Hotels International, Inc. and Posh Hotel Operations I LLC, hereby certifies that a true and correct copy of the foregoing Rule 26 Initial Disclosures were served upon the following individuals as listed below via electronic mail:

JONATHAN D. BLECHER & ALAN P. BLECHER
411 WALNUT STREET
GREEN COVE SPRINGS, FL 32043
JONATHAN D. BLECHER jonathan.blecher18@gmail.com
ALAN P. BLECHER jonathan.blecher18@gmail.com

**BBC LAW, LLP**

_____
Marc B. Zingarini, Esquire
Attorney ID No. 38417
BBC Law, LLP
Incoming Counsel
2005 Market Street, Suite 1940 Philadelphia, PA 19103
M: 215-858-5998
mzingarini@bbclawfirm.com
Attorneys for Defendants Choice Hotels International, Inc. and Posh Hotel Operations I LLC

Date: <u>February 11, 2026</u>