## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JONATHAN D. BLECHER, et al.,

   *Plaintiffs,*

  v.

CHOICE HOTELS INTERNATIONAL, INC., et al.,

   *Defendants.*

CIVIL ACTION
NO. 25-4850

## ORDER

**AND NOW**, this 6th day of March, 2026, after construing Choice Hotels International and Posh Hotel Operations' March 4 letter (Dkt. No. 57) as a motion to stay discovery and plaintiffs' response (Dkt. No. 58), the motion is **GRANTED**. Discovery is **STAYED** until the Court rules on plaintiffs' motion to disqualify (Dkt. No. 47) and Posh Hotel Operations' motion to set aside default (Dkt. No. 55).[1]

       BY THE COURT:

       */s/ Gerald J. Pappert*
       Gerald J. Pappert, J.

---

[1] This case's procedural posture is unique and the Court has discretion to grant a stay as part of its "inherent power to conserve judicial resources" and "control[] its own docket." *Cost Bros., Inc. v. Travelers Indem. Co.*, 760 F.2d 58, 60 (3d Cir. 1985).