### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JONATHAN D. BLECHER, et al.,

      *Plaintiffs,*

  v.

CHOICE HOTELS INTERNATIONAL, INC., et al.,

      *Defendants.*

CIVIL ACTION
NO. 25-4850

## ORDER

**AND NOW**, this 2nd day of April, 2026, upon consideration of plaintiffs' Motion to Disqualify (Dkt. No. 47), defendants' responses (Dkt. Nos. 52 & 53) and plaintiffs' reply (Dkt. No. 54) and defendant Posh's Motion to Set Aside the Default (Dkt. No. 55), plaintiffs' response (Dkt. No. 56), Posh's reply (Dkt. No. 60) and plaintiffs' Motion to Strike Posh's Reply (Dkt. No. 61), it is **ORDERED**:

1. Plaintiffs' Motion to Disqualify (Dkt. No. 47) is **DENIED**;

2. Defendant Posh's Motion to Set Aside the Default (Dkt. No. 55) is **GRANTED** and Plaintiffs' Motion for Default Judgment against Posh (Dkt. No. 14) is **DENIED as moot**;

3. Plaintiffs' Motion to Strike Posh's Reply (Dkt. No. 61) is **GRANTED**; and

4. Posh shall respond to the Blechers' Amended Complaint **on or before Thursday, April 23, 2026**.

BY THE COURT:

*/s/ Gerald J. Pappert*

Gerald J. Pappert, J.