**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTIRCT OF PENNSYLVANIA**

```
-----------------------------------------------------------------------X
```
JONATHAN D. BLECHER and ALAN P. BLECHER,

                           Plaintiffs,

        vs.

CHOICE HOTELS INTERNATIONAL, INC., and
POSH HOTEL OPERATIONS I LLC,

                          Defendants.
```
-----------------------------------------------------------------------X
```

CIVIL ACTION NO.:
2:25-cv-04850-GJP

**NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter the appearance of Carolyn A. Williams, Esquire on behalf of Posh Hotel

Operations I LLC and Choice Hotels International, Inc. only in connection with the above-

referenced matter.

                              **BBC LAW, LLP**

Dated: April 23, 2026
                            _____
                            Carolyn A. Willaims, Esquire
                            Attorney ID No. 310627
                            BBC Law, LLP
                            2005 Market Street, Suite 1940
                            Philadelphia, PA 19103
                            cwilliams@bbclawfirm.com
                            Attorneys for Defendants Choice Hotels
                            International, Inc. and Posh Hotel Operations I
                            LLC

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTIRCT OF PENNSYLVANIA**

```
------------------------------------------------------------------------X
```
JONATHAN D. BLECHER and ALAN P. BLECHER,

                               Plaintiffs,

        vs.

CHOICE HOTELS INTERNATIONAL, INC., and
POSH HOTEL OPERATIONS I LLC,

                              Defendants.
```
------------------------------------------------------------------X
```

CIVIL ACTION NO.:
2:25-cv-04850-GJP

## **CERTIFICATION OF SERVICE**

        I, Carolyn A. Williams, Attorney for Defendants Choice Hotels International, Inc. and

Posh Hotel Operations I LLC, hereby certify that I caused a copy of Notice of Appearance to be

filed electronically with the court and served by electronic filing on all parties via ECF.

                        Respectfully submitted,

                        **BBC LAW, LLP**

Dated: April 23, 2026

                        _____
                        Carolyn A. Williams, Esquire
                        Attorney ID No. 310627
                        BBC Law, LLP
                        2005 Market Street, Suite 1940
                        Philadelphia, PA 19103
                        cwilliams@bbclawfirm.com
                        Attorneys for Defendants Choice Hotels
                        International, Inc. and Posh Hotel Operations I
                        LLC