# Pro Se Electronic Filing

**Name:**

**Jonathan D. Blecher**

**Email Address:**

**jonathan.blecher18@gmail.com**

**Phone Number**

**5612621948**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**JONATHAN D. BLECHER and ALAN P. BLECHER, Plaintiffs, v. CHOICE HOTELS INTERNATIONAL, INC., and POSH HOTEL OPERATIONS I LLC, Defendants.**

**Case Number**

**2:25-cv-04850-GJP**

**Description of Document(s)**

**Reply in Support of Motion to Compel**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**411 Walnut St**

**Mailing Address Line 2**

**19810**

**City:**

**Green Cove Springs**

**State:**

**FL**

**Zip Code:**

**32043**

**Terms of Submission**

**Yes**

Show empty values